# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| PROSPECTOR OFFSHORE DRILLING S.A.R.L., et al., | : : : | |
| Debtors. | : : | |
| MICHAEL R. HAMMERSLEY, | : : | |
| Appellant, | : : | |
| v. | : : | C. A. No. 18-368-UNA Bankruptcy Case No. 17-11572 |
| PROSPECTOR OFFSHORE DRILLING S.A.R.L., | : : : | bap No. 18-14 |
| Appellee. | : | |

## RECOMMENDATION

At Wilmington this **9th** day of **March, 2018**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, this matter is one of a number of appeals filed by this pro se appellant. Previous contacts in other related matters indicate that in general mediation is not desired by either party or the issues involved are not amenable to the mediation process. As the magistrate judge assigned to perform an review of the issues involved, I have reviewed the decision on appeal.

WHEREAS, as a result of the above screening process, the issues involved in this case are not amenable to mediation and mediation at this stage would

not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court. Through this Recommendation, the parties are advised of their right to file objections pursuant to 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(a) and D. Del. LR 72.1.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge